```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
SAM MUGRABY,                                             :
                                                         :
                              Plaintiff,                 :
                                                         :                20-CV-1653 (VSB)
               -against-                                 :
                                                         :                     ORDER
MILK AGENCY, LLC,                                        :
                                                         :
                              Defendant.                 :
                                                         :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2020

VERNON S. BRODERICK, United States District Judge:

     Plaintiff filed this action on February 25, 2020.  (Doc. 1.)  The parties twice stipulated to extend Defendant's time to answer or otherwise respond to the complaint, most recently extending the deadline to May 29, 2020.  (*See* Docs. 8, 11.)  To date, Defendant has not appeared nor responded to the complaint.  Plaintiff, however, has taken no further action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 5, 2020.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 7, 2020
             New York, New York

                                                            Vernon S. Broderick
                                                             United States District Judge