UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SAM MUGRABY                                                 :
:
                Plaintiff,                :
:    20-cv-1653 (VSB)
      -against-                                     :
:    **ORDER**
MILK AGENCY LLC,                                           :
:
                Defendant.                :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 11, 2020
       New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge